**2005–0416. State ex rel. McMillen–Fallon v. McMillan.**
In Mandamus. On answer of respondent Michael Scala and motions of respondents Craig M. McMillen, Lawrence S. Turner, and Michael Scala to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0439. State ex rel. Skipworth v. Coyne.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0451. State ex rel. Inskeep v. Champaign Cty. Court of Common Pleas.**
In Mandamus. On answer of respondent and respondent's motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2005–0168. Austin v. Webb–Lewis.**
Franklin App. No. 04AP–1135.

IT IS ORDERED by the court, sua sponte, that Sidney T. Lewis and Yvonne D. Webb–Lewis are found to be vexatious litigators under S.Ct.Prac.R. XIV(5)(B). Accordingly,

IT IS FURTHER ORDERED by the court that Sidney T. Lewis and Yvonne D. Webb–Lewis are prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be filed with the Clerk of this court.

**2005–0516. State v. Baker.**
Franklin App. No. 03AP–1104, 2004-Ohio-3380. On motion for leave to file delayed appeal. Motion denied.

**2005–0525. State v. Baker.**
Columbiana App. No. 03 CO 24, 2005-Ohio-565. On motion for leave to file delayed appeal. Motion denied.

**2005–0532. State v. Lyons.**
Cuyahoga App. No. 84377, 2005-Ohio-392. On motion for stay of court of appeals' judgment. Motion denied.

RESNICK and O'DONNELL, JJ., dissent.

**2005–0540. State v. Gauntt.**
Cuyahoga App. No. 82175, 2003-Ohio-4942. On motion for leave to file delayed appeal. Motion denied.

**2005–0550. State v. Carter.**
Franklin App. No. 03AP–778, 2005-Ohio-291. On motion for leave to file delayed appeal. Motion granted.

RESNICK and LANZINGER, JJ., dissent.

**2005–0559. State v. Alexander.**
Muskingum App. No. CT2004–0021, 2004-Ohio-6990. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2005–0560. State v. Creager.**
Clermont App. No. CA2004–12–106. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.